2

Thomas H. Armstrong, #146016
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 North Palm, Suite 224
Fresno, California 93704
Telephone (559) 447-4700
Facsimile (559) 449-2693
lawoffice5250@sbcglobal.net


Attorney for Richard and Bridget Hoffman


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In Re: | ) Case No. 11-15831-B-13F |
| | ) |
| RICHARD PAUL HOFFMAN, SR. | ) DC# THA-5 |
| And BRIDGET DIANE HOFFMAN, | ) |
| | ) Chapter 13 |
| | ) |
| Debtors. | ) DATE: NONE |
| | ) TIME: NONE |
| | ) DEPT.: "B", CT RM 12 |
| | ) JUDGE: W. Richard Lee |

NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER 1307(a)

Richard and Bridget Hoffman, the Debtors in the above referenced case represent as follows:

1.   The Debtors' case was originally commenced as a Chapter 13 case on May 20, 2011.

2.   Richard and Bridget Hoffman qualify as debtors under Chapter 7 of Title 11.

NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER 1307(a)

3.    Under 11 USC Section 1307(a), the Debtors, Richard and Bridget Hoffman, are entitled to convert their Chapter 13 case to a case under Chapter 7 at any time.  At this time, Debtors feel it appropriate to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Richard and Bridget Hoffman, under Bankruptcy Rules 1017(d) and 9013, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11, United States Code.

Dated: February _14_, 2014          _____
                                    THOMAS H. ARMSTRONG, ESQ.

LAW OFFICE OF
THOMAS H. ARMSTRONG
5250 N. Palm, Suite 224
Fresno, CA 93704

NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER 1307(a)                    2